United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| In re: | |
| **M.D.M. Property, LLC,** | Case No. 14-13987-RGM |
| Debtor. | Chapter 11 |
| | Hearing March 10, 2015, at 11:00 am |

### Objection to Employment of Gunselman Realty

    The Office of the U.S. Trustee has filed papers with the court to convert this case to chapter 7 or to dismiss this case because the debtor has not filed any monthly reports or paid the United States Trustee fee.

    The debtor has not cured these deficiencies. Accordingly, the court should not approve the employment of any professional until the debtor has addressed these deficiencies.

    Further, in the Commercial Listing Agreement filed with the application, docket no. 39, page 28, in ¶ 14, there is a Waiver of Conflict provision that states the agent may represent any prospective purchaser and that the debtor waives any conflict of interest claim. This provision is contrary to the Bankruptcy Code's requirement of having disinterested professionals assist in the administration of the estate.

March 6, 2015:                        Judy A. Robbins
                                      United States Trustee

                                        /s/*Jack I. Frankel*
                                        Jack I. Frankel, Attorney
                                        Office of United States Trustee
                                        115 South Union Street, Suite 210
                                        Alexandria, VA 22314
                                        (703) 557-7176