United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In re:

**M.D.M. Property, LLC,**     Case No. 14-13987-RGM

        Debtor.     Chapter 11

### Order Approving Employment of Gunselman Realty and Property Management

    This matter came before the Court, for hearing, on March 10, 2015, on the application of the debtor to approve the employment of Gunselman Realty and Property Management, LLC. [docket no. 39]

    The United States Trustee filed an objection to the application, in part, because in paragraph 14 of the listing agreement to sell or lease submitted with the application [docket no. 39, page 5] there was a waiver of conflicts of interests by the debtor.

    The attorney for the debtor and the attorney for the United States Trustee were present at the hearing.

    Now, for reasons stated from the bench, it is hereby:

    Ordered that the application to approve the employment of Gunselman Realty and Property Management LLC is approved.

    Ordered that Gunselman Realty and Property Management LLC shall serve only the interests of the debtor in any transaction involving the debtor notwithstanding paragraph 14 of the listing agreement to sell or lease.

    Ordered that Gunselman Realty and Property Management LLC shall not represent the interests of any prospective purchaser or tenant.

    Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Date: Mar 11 2015                    /s/ Robert G. Mayer
                                              Robert G. Mayer
                                              Bankruptcy Judge

                                    Entered on Docket March 11, 2015

1

Judy A. Robbins
United States Trustee
/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Jack.I.Frankel@USDOJ.gov

Seen and Agreed:

/s/ Weon G. Kim
Weon G. Kim, Esq.
Attorney for Debtor
8200 Greensboro Drive, #900
McLean, VA 22102
(571) 278-3728
Email: jkkchadol99@gmail.com


cc:

Ms. Kim Gunselman, President
Gunselman Realty and Property Management
4536 Plank Road
Fredericksburg, VA 22407
Kgunselman@gunselmanrealty.com