# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 14–13987–RGM
**Chapter** 11
**Judge** Robert G. Mayer

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
M.D.M. Property, LLC
73 Chadwick Drive
Stafford, VA 22556

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
  Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
  Debtor: 27–2190781

## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party

   Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*76* – Motion to Pay Real Estate Professional Compensation (2nd) filed by Weon Geun Kim of Weon G. Kim Law office on behalf of M.D.M. Property, LLC. (Kim, Weon)

*93* – Hearing held; motion granted/Approved – Order to be Submitted. (related document(s): [76] Motion to Pay) Appearances : Jack Frankel, Weon Geun Kim Order/Disposition due by 08/25/2015. (williamsr)

   NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  August 25, 2015

William C. Redden , Clerk
United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]

By /s/ Elizabeth W. Douglass
Deputy Clerk